F.M. von Hoffmann
State Bar No. 24072516
512 Second St. Ste 8
Graham, Tx. 76450
940-282-0056(O)
866-669-8814(F)
Attorney for Debtor



**FILED**
JUL 22 2014
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DRUCY MAE BOATMEN | § § § | CASE NUMBER 14-70195-hdh13 |
| Debtor | § | CHAPTER 13 |

### MOTION FOR EXTENSION OF TIME FOR FILING REQUIRED DOCUMENTATION UNDER 11 U.S.C. § 521 AND ALL OTHER PROVISIONS UNDER THE CODE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BEFORE THE COURT, Drucy Mae Boatman, Debtor in the above numbered and styled cause of action, who files this Motion for Extension of Time for Filing Required Documentation, and who would respectfully show the Court as follows:

1. Debtor filed Bankruptcy under Chapter 13 of Title 11 of the United States Code on 30 June 2014;

2. Despite due diligence, the Debtor has been unable to obtain information necessary to the filing of the required Schedules, Statements and Certifications as required under 11 U.S.C. § 521 and all other applicable provisions;

3. Debtor believes in good faith that she will be able to provide the necessary documentation no later than 22 July 2014;

4. Debtor respectfully requests this Court to grant her request to extend the deadlines

to file the required schedules; Statements and Certifications to ensure the success of her proposed Chapter 13 Bankruptcy case.

WHEREFRE, PREMISES CONSIDERED, Debtor Drucy Mae Boatman prays this Honorable Court enter an Order extending time to file the required documentation under the provisions of Title 11 U.S.C. § 521 and all other provisions of the Code and for such other and further relief this Honorable Court may deem just.

>Respectfully Submitted,
>F.M. von Hoffmann
>Attorney and Counselor at Law
>512 Second St. Ste. 8
>Graham, Texas 76450
>940-282-0056(O) 866-669-8814(F)
>BY: *F.M. von Hoffmann*
>F.M. von Hofmann
>Texas Bar No. 24072516
>Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2014, I did serve a true and correct copy of the foregoing to the following interested parties and to any other party requesting service, by United States First Class Mail:

Drucy Mae Boatman
1905 Gordon
Vernon, Tx. 76384

Bankruptcy Trustee
6308 Iola Ave. Ste. 100
Lubbock, Texas 79424

*F.M. von Hoffmann*
F.M. von Hoffmann
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| DRUCY MAE BOATMEN | § | CASE NUMBER 14-70195-hdh13 |
| | § | |
| | § | CHAPTER 13 |
| Debtor | | |

**ORDER FOR EXTENSION OF TIME FOR FILING REQUIRED DOCUMENTATION UNDER 11 U.S.C. § 521 AND ALL OTHER PROVISIONS UNDER THE CODE**

On this date the Court came to hear the Motion for Extension of Time for Filing Required Documentation under 11 U.S.C. § 521 and All Other Provisions under the Code filed by Debtor Drucy Mae Boatman. The Debtor having requested and extension until 22 June 2014 and the Court having considered the circumstances surrounding the Motion, this Court hereby extends the Time for Filing required documentation, statements and certifications as required under 11 U.S.C. § 521 and all other provisions under the Code until 22 June 2014,

###End of Order###

F.M. von Hoffmann
State Bar No.
24072516
512 Second St. Ste 8
Graham, Tx. 76450
940-282-0056(O)
866-669-8814(F)
Attorney for Debtor