

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2014**

**United States Bankruptcy Judge**

_____

BTXN 218 (rev. 08/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Drucy Mae Boatman  §  Case No.: 14−70195−hdh13
 §  Chapter No.: 13
Debtor(s)  §

**ORDER EXTENDING DEADLINE TO FILE DEFICIENT DOCUMENT(S)**

The Court, after review of the Motion to extend deadline to file deficient document(s) in the above−entitled and numbered case, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the deadline to file the deficient document(s) in this case is extended to 7/22/2014.

# # # End of Order # # #